Matthew G. Bagley (6820)
6228 W. Triple Crown Lane
Herriman, UT 84096
Telephone: (801) 446- 4865
Attorney for Plaintiff

# United States District Court
## District Of Utah

| | |
|---|---|
| TORI HANSEN,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNTAIN AMERICA FEDERAL CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC<br><br>    Defendants. | Case No.: 2:22-cv-00583-TC<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

   Plaintiff Tori Hansen, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against remaining Defendants remain pending.

   Respectfully submitted December 6, 2022

                                        By: */s/ Matthew Bagley*
                                        Matthew Bagley
                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Matthew Bagley*