Matthew G. Bagley (6820)
6228 W. Triple Crown Lane
Herriman, UT 84096
Telephone: (801) 446- 4865
Attorney for Plaintiff

# United States District Court
## District Of Utah

| | |
|---|---|
| TORI HANSEN,<br><br>　　　Plaintiff,<br><br>v.<br><br>MOUNTAIN AMERICA FEDERAL CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC<br><br>　　　Defendants. | Case No.: 2:22-cv-00583-TC<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC** |

　　Plaintiff Tori Hansen, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against Experian Information Solutions, Inc. and Mountain America Credit Union remain pending.

　　　　Respectfully submitted December 20, 2022

　　　　　　　　　　　　　　　　　　　　By: */s/ Matthew Bagley*
　　　　　　　　　　　　　　　　　　　　Matthew Bagley
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/ Matthew Bagley