IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TORI HANSEN,<br><br>Plaintiff,<br><br>v.<br><br>MOUNTAIN AMERICA FEDERAL CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC,<br><br>Defendants. | **ORDER**<br><br>Case No. 2:22-cv-00583-TC<br><br>Judge Tena Campbell |

Based on the parties' Stipulation of Dismissal (ECF No. 35) of the remaining defendant, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the court ORDERS that the above-captioned matter be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.

DATED this 28th day of July, 2023.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
United States District Judge